**O**

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE GAMMA MEDICA-IDEAS (USA), INC.,<br><br>　　　　　Debtor.<br><br>CAPITAL RESOURCE PARTNERS LP; ROBERT AMMERMAN; PSILOS GROUP PARTNERS III, LP; PSILOS GROUP PARTNERS IIIA, LP; PSILOS GROUP PARTNERS IIIC, LP; DAVID EICHLER; and ALBERT WAXMAN,<br>　　　　　Appellants,<br>　　v.<br>CHAPTER 11 TRUSTEE,<br>　　　　　Appellee. | Case Nos. 2:14-cv-3129-ODW-**<br>　　　　　2:14-cv-3474-ODW<br><br>**ORDER CONTINUING BRIEFING SCHEDULE** |

Based on Appellants' Joint Status Report filed on May 29, 2014, the Court hereby **CONTINUES** the briefing schedule on these consolidated appeals **by 21 days**. This continuance of the briefing schedule is based solely on Appellants' representations that settlement of this appeal is likely. Accordingly, Appellants' joint opening brief must be filed **no later than June 25, 2014**. Appellee's brief shall be

filed no later than 14 days after service of the opening brief. Appellants' reply brief shall be filed 14 days after service of appellee's brief.

**IT IS SO ORDERED.**

May 30, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2